# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| THOMAS A. DILLON,<br><br>    Plaintiff,<br><br>v.<br><br>MURPHY & HOURIHANE,<br><br>    Defendant. | Case No.  14-cv-01908-BLF<br><br>**ORDER TO PROVIDE STATUS UPDATE AND VACATING PENDING DATES** |

On November 23, 2015, the parties informed the Court that they have conditionally resolved this matter and anticipate filing a settlement agreement for the Court's approval within thirty days. ECF 63. Accordingly, the Court ORDERS the parties to update the Court as to the status of the case in a joint submission on or before December 30, 2015. If the parties file the settlement agreement before December 30, 2015, the parties are not required to provide the Court with a status update. In addition, the Court VACATES all pending dates, to be reset if the settlement is not approved.

**IT IS SO ORDERED.**

Dated: November 23, 2015

_____
BETH LABSON FREEMAN
United States District Judge