# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| THOMAS A. DILLON,<br><br>    Plaintiff,<br><br>    v.<br><br>MURPHY & HOURIHANE,<br><br>    Defendant. | Case No.  14-cv-01908-BLF<br><br>**ORDER GRANTING JOINT APPLICATION FOR TELEPHONIC STATUS CONFERENCE** |

Before the Court is the parties' request for a short telephonic joint status conference. The Court GRANTS the request and sets a telephonic conference for 1:30 PM on January 14, 2016. The Court DIRECTS the parties to contact Court Call Phone Conferencing at (866) 582-6878 in advance of the conference to schedule their telephonic appearance.

**IT IS SO ORDERED.**

Dated: December 29, 2015

_____
BETH LABSON FREEMAN
United States District Judge