Robert L. Brace, SBN 122240
115 East Islay Street
Santa Barbara, CA  93101
Telephone: (805) 845-8211
Cell:  (805) 886-8458
Email: rlbrace@rusty.lawyer

Attorney for Thomas Dillon, as Court-Appointed
Receiver for Vesta Strategies, LLC
and Excalibur 1031 Group, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| THOMAS DILLON, as Court-Appointed Receiver for Vesta Strategies, LLC<br><br>Plaintiff,<br><br>vs.<br><br>MURPHY & HOURIHANE, an Illinois LLC<br><br>Defendant | Case No.:  5:14-cv-1908-BLF<br><br>**STIPULATED BRIEFING SCHEDULE ON MOTION TO APPROVE SETTLEMENT WITH MURPHY & HOURIHANE, LLC ; ~~PROPOSED~~ ORDER** |

## STIPULATED BRIEFING SCHEDULE

The parties have settled the case pursuant to a confidential settlement agreement, subject to approval by the court. A hearing to approve the settlement is currently set for June 30, 2016 at 9 AM in Court Room 3 on the 5th Floor of the court house.

Thomas A. Dillon ("Dillon"), as the Receiver for Vesta Strategies, LLC ("Vesta") filed his Motion and Memorandum to Approve the Settlement (Dkt.72-1) along with his

1  Declaration in Support (Dkt.72-2). The confidential Settlement Agreement was
2  submitted to the Court for in camera inspection on May 9, 2016.
3    Dillon's counsel transmitted a copy of the Motion (Dkt 72), his Memorandum
4  (Dkt.72-1) and Dillon's Declaration (Dkt.72-2), along with a copy of the Court's Orders
5  directing that the Settlement Agreement remain confidential (Dkts.70 and 71) to all
6  known exchangers with unfunded exchanges, except Christina Pappas who is
7  deceased, and to potential subrogees. As to those exchangers and subrogees who
8  agreed to be bound to the Order of Confidentiality, Dillon's counsel then transmitted to
9  them a copy of the confidential Settlement Agreement.
10    The parties hereby stipulate that any Opposition to the Motion to Approve the
11 Settlement shall be filed by June 10, 2016 and any reply to any Opposition to the
12 Motion to Approve the Settlement Agreement shall be filed by June 24, 2016. The
13 hearing on the Motion shall be on June 30, 2016 at 9 AM as previously ordered.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: May 27, 2016           _____//s//_____

Robert L. Brace
Attorney for Plaintiff

GORDON & REES, LLP


DATED: May 27, 2016           _____//s//_____

Craig J. Mariam
Attorneys for Defendant

# ORDER ON STIPULATION OF BRIEFING SCHEDULE

Any Opposition to the Motion to Approve the Settlement between Thomas A. Dillon, as the Receiver for Vesta and Murphy & Hourihane, LLC shall be filed by June 10, 2016 and any reply to any Opposition to the Motion to Approve the Settlement shall be filed by June 24, 2016. The hearing on the Motion to Approve the Settlement shall be on June 30, 2016 at 9 AM in the above entitled court located at 280 South 1st Street, San Jose, California in Courtroom 3 on the 5th Floor.

DATED: June 3, 2016

*[signature: Beth Labson Freeman]*

United States District Judge
Honorable Beth Labson Freeman