UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THOMAS A. DILLON,<br>　　　　Plaintiff,<br>　　v.<br>MURPHY & HOURIHANE,<br>　　　　Defendant. | Case No.　14-cv-01908-BLF<br><br>**ORDER VACATING HEARING** |

　　The Motion for Order Approving Settlement, *see* ECF 72, set for hearing on June 30, 2016, is hereby SUBMITTED without oral argument; the hearing is VACATED. *See* Civ. L.R. 7-1(b).

**IT IS SO ORDERED.**

Dated: June 24, 2016

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　United States District Judge